1
2
3
4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    OMRT DEVECI, et al.,                    Case No.  25-cv-06407-SK

8                    Plaintiffs,

9           v.                              **ORDER GRANTING STIP TO**
                                            **TRANSFER VENUE**
10   SAN FRANCISCO ASYLUM OFFICE, et
     al.,                                   Regarding Docket No. 10
11
                     Defendants.
12

13          Pursuant to the parties' stipulation, the Court HEREBY TRANSFERS this case to the

14   Central District of California.  The Court FURTHER ORDERS that Defendants' time to respond

15   to the Complaint is CONTINUED to sixty days after this case is docketed with the Central

16   District.

17          **IT IS SO ORDERED**.

18   Dated: November 18, 2025

19                                          _____
20                                          SALLIE KIM
                                            United States Magistrate Judge
21
22
23
24
25
26
27
28